# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CHIEF JUDGE  LEWIS  T.  BABCOCK

## COURTROOM MINUTES
_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: June 13, 2007 |
| Court Reporter: Suzanne Claar | Probation: Sue Heckman |

_____

| | |
|---|---|
| Criminal Action No.  07-cr-00033-LTB | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Roxane Perruso |
| Plaintiff, | |
| v. | |
| PAUL HERNANDEZ, | Normando Pacheco |
| Defendant. | |

_____

## SENTENCING
_____

**8:00 a.m.    Court in session.**

Defendant present in custody.

> Defendant plead guilty to Count One of the Information and
> Count One of the Indictment on April 3, 2007

**ORDERED:** Government's Motion for Downward Departure **(27)** is **granted.**

**ORDERED:** Government's Motion for Acceptance of Responsibility **(28)** is **granted.**

**ORDERED:** Plea agreement pursuant to F.R.Cr.P. 11(e)(1)(c) is ratified and plea is

1

       accepted.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 35 months on each count to be served concurrently.**

Court recommends that the Bureau of Prisons place the defendant at FCI Englewood.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three years on each count to run concurrently.**

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released
- (X) Defendant shall not commit another federal, state or local crime
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921
- (X) Defendant shall comply with standard conditions as adopted by the court
- (X) Defendant shall not unlawfully possess a controlled substance
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS**: of Supervised Release
- (X) Defendant shall participate in a program of testing and treatment for abuse as drug directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Office unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required bo pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for

        continuity of treatment.

**ORDERED:** Defendant shall pay $100 per count, total of $200, to Crime Victim Fund (Special Assessment) to be paid immediately .

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED**: Defendant shall make restitution to Victims:

| *Name/Address of Victim* | *Amount* |
|---|---|
| TCF Bank<br>7203 West 55th Avenue<br>Arvada, CO 80002<br>Attn: Branch Manager | $2,992.00 |
| Chase Bank-Corporate Security<br>CO1-9533<br>1125 17th Street<br>Denver, CO 80202<br>Attn: Bob Herold | $2,707.00 |

Total monetary obligations shall be due and payable immediately with any outstanding balance to be paid in equal monthly installments of at least $160 per month during the time of supervised release.

**ORDERED:** Defendant advised of right to appeal.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

8:30 a.m.    Court in recess/hearing concluded.

Total in-court time: 00:30