IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:07-cr-00033-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  PAUL HERNANDEZ,

        Defendant.

---

**ORDER FOR ACCEPTANCE OF RESPONSIBILITY**

---

Upon consideration of the Government's Motion for Acceptance of Responsibility, and for good cause shown, it is hereby

ORDERED that the Defendant's offense level be decreased by an additional point pursuant to U.S.S.G. §3E1.1(b).

Dated this   13th   day of June, 2007.

                                      By the COURT:

                                      s/Lewis T. Babcock
                                      The Honorable Lewis T. Babcock
                                      United States District Court Judge
                                      District of Colorado