# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number: 07-cr-00033-LTB-01 |
| | USM Number: 34714-013 |
| PAUL HERNANDEZ | Natalie Girard Stricklin (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2-8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Submit Written Reports | 09/2015 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 1 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 17, 2015
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Senior U.S. District Judge
Name & Title of Judge

December 22, 2015
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Work Regularly | 09/01/2015 |
| 4 | Failure to Pay Restitution as Directed | 10/05/2015 |
| 5 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 08/17/2015 |
| 6 | Possession and Use of a Controlled Substance | 06/08/2015 |
| 7 | Possession and Use of a Controlled Substance | 01/09/2015 |
| 8 | Failure to Participate in Dual-Diagnosis Treatment as Directed by the Probation Officer | 07/17/2014 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months.

The court recommends to the Bureau of Prisons that the defendant receive credit for 50 days served and that he be designated to the FCI-Englewood facility.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal